**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1728**

In re: ELIZABETH COLE,

 Debtor,

------------------------------------------------------------

ELIZABETH COLE; VINCENT LINEBERGER,

 Plaintiffs – Appellants,

 v.

JAMES B. NUTTER & COMPANY; SUBSTITUTE TRUSTEE SERVICES, INC.,

 Defendants – Appellees,

 v.

WARREN L. TADLOCK, Standing Chapter 13 Trustee,

 Trustee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:17-cv-00078-GCM)

Submitted: December 21, 2017                    Decided: December 27, 2017

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

––––––––––––––

Elizabeth Cole, Vincent Lineberger, Appellants Pro Se. Lacey Moore Duskin, HUTCHENS, SENTER, KELLAM & PETTIT, P.A., Charlotte, North Carolina, for Appellees.

––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elizabeth Cole and Vincent Lineberger appeal from the district court's orders dismissing their appeal from the bankruptcy court for failure to timely pay the filing fee as directed by the court and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cole v. James B. Nutter & Co.*, No. 3:17-cv-00078-GCM (W.D.N.C. Mar. 14, 2017; May 15, 2017); *see In re SPR Corp.*, 45 F.3d 70, 74-75 (4th Cir. 1995) (explaining factors court should consider before dismissal). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*